E-FILED
Wednesday, 09 January, 2019 04:38:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALEY HEILMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-cv-3260 |
| | ) | |
| MAGGIE BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER CONCERNING CONSENT TO MAGISTRATE JUDGE
## IN CASES INVOLVING INITIAL DISPOSITIVE MOTION

A motion to dismiss, motion for judgment on the pleadings, motion for remand, or motion for change of venue has been filed in this case. In light of the pending motion, the parties are advised of their option to have the entire case heard by a United States Magistrate Judge. If the parties consent to have the case heard by the Magistrate Judge, it is likely that the pending motion will be decided more quickly than if the case remains assigned to the District Judge, who has a much heavier caseload. Consent is entirely voluntary.

Accordingly, IT IS ORDERED: If the party filing one of the motions listed above wishes to consent to the Magistrate Judge, that party's counsel (or Plaintiff if appearing pro se) will confer with opposing counsel concerning consent. If ALL the parties consent to have a Magistrate Judge handle the case, each counsel (or Plaintiff if appearing pro se) shall sign the Consent to Exercise of Jurisdiction by a United States Magistrate Judge portion of the Notice of Right to Consent form, which is an attachment hereto, and submit the signed consent form to the District Judge. The District Judge will sign the Reference Order portion of the form, and the case will be referred to the appropriate Magistrate Judge. The Magistrate Judge will then handle all proceedings in this case, and any appeal may be taken directly to the Seventh Circuit Court of Appeals.

Entered:  1/9/2019           _____s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE

w/attachment