E-FILED
Sunday, 05 May, 2019  04:59:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALEY HEILMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-cv-3260 |
| | ) | |
| MAGGIE BURKE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO ALL DEFENDANTS**

Defendants, RACHELLE AIKEN, BEATRICE CALHOUN, JOSH EDWARDS, JACOB GERRINGER, JUSTIN GANNON, KELBY JASMON, CHRISTOPHER LYNCH, LEGNA VELAZQUEZ, ANNETTE VEECH, ANGEL WILSON, MARGARET BURKE, NICOLE VEECH, CHASE GOLEASH, and TODD SEXTON, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby move pursuant to Fed. R. Civ. P. 6(b) for an extension of time up to and including May 20, 2019 to respond to Plaintiff's First Set of Requests for Production to All Defendants, stating as follows:

1. Plaintiff served her First Set of Requests for Production to All Defendants on April 5, 2019.

2. Defendants' responses to those discovery requests are therefore due May 6, 2019.

3. Defendants have gathered a significant number of records but considerable work remains to be able to respond to Plaintiff's Requests for Production.

4. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of completing and serving Defendants' responses to the pending requests for production.

7.      Undersigned counsel has attempted on two occasions to contact counsel for

Plaintiff to seek additional time, but as of the filing of this Motion has not received a

response.

WHEREFORE, for these reasons, Defendants respectfully request that this Court

grant them an extension of time, up to and including May 20, 2019.

Respectfully submitted,


RACHELLE AIKEN, BEATRICE CALHOUN,
JOSH EDWARDS, JACOB GERRINGER,
JUSTIN GANNON, KELBY JASMON,
CHRISTOPHER LYNCH, LEGNA
VELAZQUEZ, ANNETTE VEECH, ANGEL
WILSON, MARGARET BURKE, NICOLE
VEECH, CHASE GOLEASH, and TODD
SEXTON,

Defendants,


Jeffrey Shuck, #6243882                    LISA MADIGAN, Illinois Attorney General,
Assistant Attorney General
500 South Second Street                    Attorney for Defendants,
Springfield, Illinois  62701
(217) 782-9014 Phone                       By:  s/Jeffrey Shuck
(217) 524-5091 Fax                            JEFFREY SHUCK
Email: jshuck@atg.state.il.us                 Assistant Attorney General
gls@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALEY HEILMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-cv-3260 |
| | ) | |
| MAGGIE BURKE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2019, the foregoing document, Motion For Extension Of Time To Respond To Plaintiff's First Set of Requests for Production to All Defendants, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Arhtur Loevy      arthur@loevy.com
Johnathan Loevy  jon@loevy.com
Julie Goodwin      julie@loevy.com
Sarah Grady        sarah@loevy.com
Adair Crosley      adair@loevy.com

and I hereby certify that on the same date I caused a copy of the same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following non-registered participant:

None.

Respectfully submitted,

  s/Jeffrey Shuck
Jeffrey Shuck, #6243882
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-9014 Phone
(217) 524-5091 Fax
Email:  jshuck@atg.state.il.us
gls.atg.state.il.us