IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| HALEY HEILMAN, | ) |
|     Plaintiff, | ) Case No. 18-cv-3260 |
| v. | ) Hon. Sue E. Myerscough<br>) District Judge |
| MAGGIE BURKE, et al., | ) Hon. Tom Schanzle-Haskins<br>) Magistrate Judge |
|     Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Now comes Plaintiff Haley Heilman, by and through her attorneys, Loevy & Loevy, and respectfully moves to withdraw Adair Crosley as counsel, stating as follows:

1. Attorney Adair Crosley will soon conclude her employment at Loevy & Loevy, the law firm that represents Plaintiff in the above-referenced matter.

2. Plaintiff will continue to be represented by Arthur Loevy, Jon Loevy, Sarah Grady, and Julie Goodwin of Loevy & Loevy.

3. No prejudice will ensue to Plaintiff or any other party if Ms. Crosley is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to withdraw Ms. Crosley's appearance as counsel in this matter.

RESPECTFULLY SUBMITTED,

/s/ Sarah Grady
*Attorney for Plaintiff*

Arthur Loevy
Jon Loevy
Sarah Grady
Julie Goodwin
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

  I, Sarah Grady, an attorney, certify that on May 6, 2019, I caused the foregoing Motion to Withdraw Appearance to be filed using the Court's CM/ECF system, which effected service on all counsel of record.


              /s/ Sarah Grady
              Sarah Grady
              Attorney for Plaintiff