IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| HALEY HEILMAN, ) | |
|     Plaintiff, ) | |
| ) | |
| -vs- ) | No. 18-cv-3260-SEM-TSH |
| ) | |
| MAGGIE BURKE, et al, ) | |
| ) | |
|     Defendants. ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendants, RACHELLE AIKEN, BEATRICE CALHOUN, JOSH EDWARDS, JACOB GERRINGER, JUSTIN GANNON, KELBY JASMON, CHRISTOPHER LYNCH, LEGNA VELAZQUEZ, ANNETTE VEECH, ANGEL WILSON, MARGARET BURKE, NICOLE VEECH, CHASE GOLEASH, and TODD SEXTON, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, hereby move pursuant to Fed. R. Civ. P. 6(b) for an extension of time up to and including June 25, 2019 to respond to Plaintiff's First Set of Interrogatories to each of the Defendants, stating as follows:

1. Plaintiff served her First Set of Interrogatories on each of the Defendants in this matter on April 19, 2019.

2. Counsel for Plaintiff agreed to extend Defendants' deadline to respond to Plaintiff's First Set of Interrogatories to June 11, 2019.

3. Nevertheless, undersigned counsel's schedule and workload necessitate additional time to prepare responses to Plaintiff's First Set of Interrogatories. This case involves fourteen defendants, four of whom are either retired or no longer work for the Department of Corrections. One defendant is a member of the Army National Guard who undersigned counsel has been unable to reach since an interview prior to

answering Plaintiff's Complaint. Since May 20, 2019, when Defendants' responses to Plaintiff's First Set of interrogatories were initially due, undersigned counsel has: conducted six interviews of defendants or witnesses; prepared for and attended a state court hearing and began preparing a response to the Petitioner's motion to dismiss; researched, prepared and filed motions to dismiss in two state court cases; filled a state court answer; filed an answer in this Court; attended a global settlement negotiation in a state court case; prepared for and attended a settlement conference with this Court and subsequently prepared settlement documents; negotiated a settlement and prepared settlement documents in a Human Rights Commission case; has been actively working on motions and discovery in a state court §1983 case and two cases in this Court beyond the instant case; served responses to Plaintiff's First Set of Requests to Produce in the instant case; received one new state court case, performed initial case analysis, researched, requested records for and began preparing a combined motion to dismiss; received one new Civil Service Commission case, performed initial case analysis and requested records from the defendant; and has otherwise been attending to the pressing needs of his other cases.

4. Therefore, Defendants respectfully request an additional 14 days, up to and including June 25, 2019, to provide responses to Plaintiff's First Set of Interrogatories.

5. This motion is not made for the purpose of undue delay, but is made in good faith for the purpose of completing, obtaining declarations for and serving Defendants' responses to Plaintiff's First Set of Interrogatories.

6. Undersigned counsel spoke with counsel for Plaintiff pursuant to Local Rule 6.1 and was advised that Plaintiff does object to this Motion.

WHEREFORE, for these reasons, Defendants respectfully request that this Court grant them an extension of time, up to and including June 25, 2019, to respond to Plaintiff's First Set of Interrogatories.

                Respectfully submitted,

                RACHELLE AIKEN, BEATRICE CALHOUN, JOSH EDWARDS, JACOB GERRINGER, JUSTIN GANNON, KELBY JASMON, CHRISTOPHER LYNCH, LEGNA VELAZQUEZ, ANNETTE VEECH, ANGEL WILSON, MARGARET BURKE, NICOLE VEECH, CHASE GOLEASH, and TODD SEXTON,

                Defendants,

Jeffrey Shuck, #6243882  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois  62701  
(217) 782-9014 Phone  
(217) 524-5091 Fax  
Email: jshuck@atg.state.il.us  
gls@atg.state.il.us

LISA MADIGAN, Illinois Attorney General,

    Attorney for Defendants,

By:  s/Jeffrey Shuck  
    JEFFREY SHUCK  
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALEY HEILMAN, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-cv-3260 |
| | ) | |
| MAGGIE BURKE, et al, | ) | |
| | ) | |
|       Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on June 11, 2019, the foregoing document, Motion For Extension Of Time To Respond To Plaintiff's First Set of Interrogatories, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Arhtur Loevy    arthur@loevy.com
Johnathan Loevy    jon@loevy.com
Julie Goodwin    julie@loevy.com
Sarah Grady    sarah@loevy.com

and I hereby certify that on the same date I caused a copy of the same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following non-registered participant:

None.

                                          Respectfully submitted,

                                            s/Jeffrey Shuck
                                          Jeffrey Shuck, #6243882
                                          Assistant Attorney General
                                          Attorney for Defendants
                                          Office of the Attorney General
                                          500 South Second Street
                                          Springfield, Illinois  62701
                                          (217) 782-9014 Phone
                                          (217) 524-5091 Fax
                                          Email:  jshuck@atg.state.il.us
                                          gls.atg.state.il.us