IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Haley Heilman, )
)
     Plaintiff, )
)
v. )
) Case No. 18-cv-3260-SEM-TSH
Maggie Burke, *et al.*, )
)
     Defendants. )

## MOTION TO AMEND SCHEDULING ORDER

     Defendants, Rachelle Aiken, Maggie Burke, Beatrice Calhoun, Guy Carter, Aadam Cox, Gregory Dejarnette, Josh Edwards, Justin Gannon, Jacob Gerringer, Chase Goleash, Kelby Jasmon, Brandon Lounsberry, Christopher Lynch, Legna Martin, Todd Sexton, Troy Singleton, Nicole Veech, Anette Veech, and Angel Wilson, through their attorney, Kwame Raoul, Attorney General for the State of Illinois, pursuant to Federal Rule of Civil Procedure 16(b)(4), move to amend the scheduling order:

     1.     On August 21, 2019, Plaintiff filed her Amended Complaint. [Doc. 48].

     2.     On the parties' joint motion, the Court extended the discovery deadline to November 19, 2019, Plaintiff's expert disclosure deadline to December 19, 2019, Defendants' expert disclosure deadline to January 20, 2020, rebuttal expert disclosure deadline to March 1, 2020, and the dispositive motion deadline to March 20, 2020. (Doc. 49; Ct's Aug. 23, 2019 Order).

     3.     On October 28, 2019, Defendants Carter, Cox, Dejarnette, and Singleton filed their Answer to Plaintiff's Amended Complaint. [Doc. 65].

     4.     The parties are engaged in ongoing discussions concerning discovery and the scheduling of depositions.

5.    The parties require additional time to complete discovery.

6.    Therefore, Defendants request the Court amend the scheduling order such that the discovery deadline is extended to February 17, 2020.

7.    Plaintiff has no objection to this extension of the discovery deadline.

8.    Defendants make this request in good faith and not for the purpose of undue delay.

Wherefore, Defendants respectfully request this honorable Court grant their motion and amend the scheduling order as stated herein.

Respectfully submitted,

Rachelle Aiken, *et al.*,

Defendants,

| | |
|---|---|
| Clayton J. Ankney, #6320224 | Kwame Raoul, Illinois Attorney General, |
| Jeremy Tyrrell, #6321649 | |
| Assistant Attorney General | Attorney for Defendants, |
| 500 South Second Street | |
| Springfield, Illinois 62701 | By:  s/Clayton J. Ankney |
| (217) 785-4555 Phone | Clayton J. Ankney |
| (217) 782-8767 Fax | Assistant Attorney General |
| Email: cankney@atg.state.il.us | |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Haley Heilman, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 18-cv-3260-SEM-TSH |
| Maggie Burke, *et al.*, | ) ) |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on November 19, 2019, the foregoing document, ***Motion to Amend Scheduling Order***, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      /s/ Clayton J. Ankney
                                      Clayton J. Ankney
                                      Assistant Attorney General