**IN THE UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| HALEY HEILMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 3260 |
| | ) | |
| v. | ) | |
| | ) | |
| MAGGIE BURKE, et al., | ) | Hon. Sue E. Myerscough, Judge |
| | ) | |
| Defendants. | ) | Hon. Tom Schanzle-Haskins, M.J. |

# EXHIBIT 61
## Place Holder
## Filed Under Seal

Jon Loevy
Sarah Grady
Stephen Weil
Mariah Garcia
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
mariah@loevy.com