# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HALEY HEILMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-CV-3260-SEM-TSH |
| | ) | |
| STEVEN MEEKS et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Sue E. Myerscough |

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES undersigned counsel, who seek leave of this Court to withdraw as counsel from this matter. In support thereof, undersigned counsel state as follows:

1.  The undersigned is an attorney with the firm of Loevy & Loevy, which has represented Plaintiff in this above-captioned case.

2.  Sarah Grady, formerly of Loevy & Loevy, also represents Plaintiff in this case. Ms. Grady recently provided Loevy & Loevy with written direction, signed by Plaintiff, for Loevy & Loevy and its attorneys to terminate its representation of Plaintiff, and to transfer the files in this case to a new law firm Ms. Grady has started, Kaplan & Grady LLC.

3.  Pursuant to that direction, Kaplan & Grady LLC has advised Loevy & Loevy that it assumes responsibility for the representation of Plaintiff.

4.  The firm Loevy & Loevy and its attorneys Jon Loevy, Arthur Loevy, Stephen H. Weil, and Mariah Esperanza Garcia, are complying with Ms. Grady's and Plaintiff's direction without prejudice to such rights as Loevy & Loevy has under its engagement agreement and

applicable law, including but not limited to its right to contingency and statutory compensation should the Plaintiff prevail.

WHEREFORE, the firm Loevy & Loevy and its attorneys Jon Loevy, Arthur Loevy, Stephen H. Weil, and Mariah Esperanza Garcia respectfully request the Court to enter an order permitting them to withdraw their appearances in this matter.

Respectfully Submitted,

/s/ Jon Loevy

Jon Loevy
Arthur Loevy
Stephen H. Weil
Mariah Esperanza Garcia
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
jon@loevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Jon Loevy
One of Plaintiff's Attorneys