Exh. P.3.58
Would Q1 & Q5 on P.3 of the Predatory Risk Factor sheet — include or exclude history of a previous IDOC incarceration period or is only the current incarceration period considered?

↳ Def. opening remarks indicated previous infractions that took place during a previous incarceration period are not considered.

Exh. —
Definition of sexual abuse — Def. said actions have to be physical to be considered abuse — but end of paragraph included language "or with intent to abuse, harm etc..." can we see ~~out~~ entire paragraph and are we allowed to consider entire paragraph?

Is the entire inmate disciplinary report used and considered when doing the PREA Risk Assessment?

Jury Q
1/25/2024

During your (Burke) discussions with the union, was there a discussed timeline for when additional staff members would be added ~~to~~ after the D wing was repurposed?  — Jmy D2

1/26/2024

~~① Ms Burke - Other than the other witness statements which suggested a consensual relationship, is there another reason that you personally may believe there was a consensual relationship?~~

\* Answered — with Heilman/Fleming

② Did Ms Burke receive Ms Heilman's "slips"?
If so, what action was taken?

③ Are "slips" routinely kept, filed, or archived for future reference?

④ If requested, are inmates allowed to use a more private phone to call PREA?
   ↳ If so, were inmates made aware of this option?
   ↳ If so, how were they made aware?

Jury 03
1/26/2024

IS PERA Screening is one of the last
~~screening~~ screening steps & during review
is also one of the last cross checks?
~~crosscheck?~~
                                             Jury Q4

1/26/2024

Had the PREA been scored a 6, would this have prevented Fleming from being housed with the plaintiff?

Jury Q5
1/26/2024

① In your expert opinion, would the ~~closure~~ closure of a wing be well documented either by IDOC ~~reqs~~ requirements or in general practice as a warden?

② As warden, were you ever responsible for closure of a wing/~~facility~~?
   If so, what level of documentation would you have collected or maintained?

*[signature] Q6*
1/29/2024

How did you know that there was not a signed release of information form for Haley's mom on file? Did you check her file?

Jury Q 7
01/29/2024

Ms Wilson said she was "discharged" in 2019. Was she terminated or did she voluntarily quit?
↳ If terminated, why?

Jury Q 8
01/29/2024

① Did Ms Wilson in her ~~role~~ position as Asst. Warden assist with the logistics of the D-Wing closure and the decision-making process of where inmates would be moved?

② Did she attend any meetings regarding the planning of the D-Wing closure?

↳ If so, did these meetings reveal who exactly was initiating the closure of D-Wing?

↳ If so, who?

③ Was there a documented "plan" to strategically or methodically close D-Wing and move the inmates, or was it an informal, undocumented process?

↳ If there was a plan, did it include an individual inmate assessment with regard to consideration of potential housing assignments or inmate/personality conflicts?

↳ If so, was this documented in any way?

Jury Q9   01/29/2024

④ ~~What training~~ experience ~~did Ms Wilson have to qualify her to fill the Asst Warden position?~~
Answered

What training process did Mr. Edwards go through to learn the necessary criteria to consider when placing or moving inmates?

Did a supervisor or a 2nd set of eyes review placement assignments after they were determined, but before they were implemented?

↳ Or did a supervisor have to "sign off" on the placement decisions?

Jury Q 10
01/29/2024

Do you feel you were ~~im~~ improperly trained to be Reassigning individuals at Logan?

If so, did you Raise this concern?

Tracy Q 11
01/29/2024

Is it too late to ask Ms Price...

There is some confusion about the ARB investigation v. a grievance investigation. Can we get clarification on who conducted each investigation and what exactly each investigation looked into.

Jury @ 12
01/30/2024

01/30/2024

Is it "normal" for a boss, like Ms. Veech, to pass on a complaint directly to a Correctional officer like Mr. Gaumon? Why would she call him? Should she have passed it on to IA or Warden?

Jury Q 13

Were all of Haley's roommates moved to Housing Unit 1 after the assault?

Did Fleming ever say or do anything to you after the assault? Were there any interactions? If so, please describe.

Did any of Haley's roommates ever say anything to her about whether they did or did not witness the assault?

Did you ever drop other slips that were not followed up on?

Jury @ 14
01/31/2024

When she was finally able to speak with someone, did that person tell her they couldn't discuss Haley's issues with her because Haley was an adult - over 18 yrs old?

Tony O 15
01/31/2024

You mentioned you were having seisures durning this time which Resulted in memory loss. Was this medical issue documented with IDOC?

If so, were any of your Normal duties Restricted?

Did these issues affect your abilities to do your job?

Jury Q 16
01/31/2024

Would the diagnosis of Schizo Affected Schizophinia in past medical history, in your expert opinion, allow that individual to be housed in general population?

 17

#1) If a person has 2 diagnoses of PTSD for 2 incidents, would they both in a way combine in the brain? #2) And if Haley had a prior PTSD diagnosis, could it have been partially bettered and maybe not brought up to you for that reason? Or would it still be brought up? (may have already answered #2)

Tony Q 18

Would Schizo Affective Schizophrenia be a disorder or mental disease that could be associated with heroin use or a symptom of it?

If so, and if heroin usage ceased, would the Schizo Affective Schizophrenia symptoms also cease?

If so, would there be any reason to believe she would still suffer from the aforementioned disorder at the time of the ~~[scribbled]~~ assault?

Jury @ 19

Was there a call log to document incoming calls and/or messages since there was no voicemail?

~~[scribbled out]~~

~~[scribbled out]~~

~~[scribbled out]~~

Was the telephone system the old "Centrex" system used by other state agencies?

July ⓐ 20.