**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| HALEY METCALF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-3260 |
| | ) | |
| MAGGIE BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | Hon. Sue E. Myerscough |

### 1. We, the jury, find as follows on Plaintiff's claims:
(*Place an "X" on the appropriate line for each Defendant.*)

| | For Plaintiff | | For Defendant |
|---|---|---|---|
| Margaret Burke | X | or | |
| Guy Carter | X | or | |
| Josh Edwards | | or | X |
| Justin Gannon | X | or | |
| Kelby Jasmon | | or | |
| Todd Sexton | | or | X |
| Troy Singleton | X | or | |
| Annette Veech | | or | X |
| Nicole Veech (Price) | | or | X |
| Legna Velazquez | | or | |
| Angel Wilson | X | or | |

### 2. We fix Plaintiff's compensatory damages, if any, as follows:

$ _2 Million (2,000,000.⁰⁰)_ .

**3. We fix Plaintiff's punitive damages, if any, as follows:**

*[Answer only if you found "For Plaintiff" for that Defendant in question 1 above.]*

| | |
|---|---|
| Margaret Burke | $ 1,000,000.00 |
| Guy Carter | $ 300,000.00 |
| Josh Edwards | $ 0 |
| Justin Gannon | $ 150,000.00 |
| Kelby Jasmon | $ — |
| Todd Sexton | $ 0 |
| Troy Singleton | $ 400,000.00 |
| Annette Veech | $ 0 |
| Nicole Veech (Price) | $ 0 |
| Legna Velazquez | $ — |
| Angel Wilson | $ 500,000.00 |

We, the jury, having reached unanimous agreement on Plaintiff's claims, sign below.

Date: February 2, 2024

s/Foreperson

Presiding Juror

s/Jurors

s/Jurors

s/Jurors

s/Jurors

s/Jurors

s/Jurors

s/Jurors

s/Jurors

s/Jurors

s/Jurors