# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **Hailey Metcalf** f/k/a **Hailey Heilman** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**Maggie Burke, Beatrice Calhoun, Angel Wilson, Rachelle Aiken, Josh Edwards, Jacob Gerringer, Justin Gannon, Chase Goleash, Kelby Jasmon, Christopher Lynch, Legna Valazquez, Todd Sexton, Nicole Veech, Annette Veech, Brandon Lousberry, Aadam Cox, Guy Carter, Troy Singleton, Greg Dejarnette,** )<br>)<br>**Defendants.** ) | | **Case Number: 18-3260** |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT** Defendants Beatrice Calhoun, Christopher Lynch, Brandon Lounsberry, and Aadam Cox were terminated pursuant to an order entered on 1/29/2024. Rachelle Aiken, Jacob Gerringer, Chase Goleash, and Greg Dejarnette were dismissed pursuant to an order entered on 6/12/2023.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered on the verdict in favor of Plaintiff Haley Metcalf and against Defendants Margaret Burke, Guy Carter, Justin Gannon, Troy Singleton, and Angel Wilson. Judgment is entered in favor of Defendants Josh Edwards, Todd Sexton, Annette Veech, and Nicole Veech (Price). The jurors were hung as to Defendants Kelby Jasmon and Legna Velazquez (Martin).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded $2,000,000.00 in compensatory damages. Plaintiff is awarded punitive damages in the amount of $1,000,000.00 against Defendant Margaret Burke, $300,000.00 against Defendant Guy Carter, $150,000.000 against Defendant Justin Gannon, $400,000.00 against Defendant Troy Singleton and $500,000.00 against Defendant Angel Wilson. No punitive damages were awarded against

Defendants Josh Edwards, Todd Sexton, Annette Veech, and Nicole Veech (Price). The jurors were hung as to Kelby Jasmon and Legna Velazquez (Martin).

**Dated:** 2/5/2024

Approved:  s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court